**Rule 1915.11. Appointment of Attorney for Child. [Interrogation]<u>Interview</u> of Child. Attendance of Child at Hearing or Conference.**

(a)      The court may on its own motion, or the motion of a party, appoint an attorney to represent the child in the action. Counsel for the child shall represent the child's legal interests and zealously represent the child as any other client in an attorney-client relationship. Counsel for the child shall not perform the role of a guardian **[ad litem]***ad litem* or best interests attorney. The court may assess the cost **of the child's attorney** upon the parties **[or any of them]<u>in such proportions as the court deems appropriate</u>** or as otherwise provided by law. The order appointing an attorney to represent the child shall be in substantially the form set forth in **[Rule]<u>Pa.R.C.P. No.</u>** 1915.19.

(b)      The court may **[interrogate]<u>interview</u>** a child, whether or not the **<u>child is the</u>** subject of the action, in open court or in chambers. The **[interrogation]<u>interview</u>** shall be conducted in the presence of the attorneys and, if permitted by the court, the parties. The attorneys shall have the right to **[interrogate]<u>interview</u>** the child under the supervision of the court. The **[interrogation]<u>interview</u>** shall be part of the record.

(c)      Unless otherwise directed by the court, the child who is the subject of the action shall not be required to attend a hearing before the court or a conference.

Note:  A party may bring a child to a conference or hearing but, in the absence of an order of court, is not required to do so.

* * *